UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-61609-CIV-ALTONAGA/Brown

VENIX JOSEPH,

      Plaintiff,

vs.

WRIGHT GUARD SECURITY, INC.,
a Florida corporation; and DONOVAN
WHITE, individually,

      Defendants.
_____/

## ORDER ON DEFENDANT'S MOTION TO WITHDRAW

**THIS CAUSE** came before the Court upon Glasser, Boreth & Kleppin, P.A.'s Renewed Motion to Withdraw as Defendant, Wright Guard Security's Attorney of Record [D.E. 34], filed on August 1, 2008. On July 10, 2008, the Court issued an Order [D.E. 29] requiring the Defendant, Wright Guard Security, Inc., to retain new counsel or show cause why its current counsel should not be permitted to withdraw. Defendant failed to respond as required. The Court has carefully considered the Motion and the pertinent portions of the record. Accordingly, it is

**ORDERED AND ADJUDGED** that Glasser, Boreth & Kleppin, P.A.'s Motion **[D.E. 34]** is **GRANTED**. The request to withdraw as counsel for Defendant, Wright Guard Security, Inc., is **GRANTED**. The law firm of Glasser, Boreth & Kleppin, P.A. is relieved of the responsibility to represent Defendant, Wright Guard Security, Inc. Defendant, Wright Guard Security, Inc., shall, by **August 8, 2008**, file its response to the pending Motion to Enforce Settlement [D.E. 27] or show cause in writing why the Motion should not be granted by default.

CASE NO. 07-61609-CIV-ALTONAGA/Brown

Failure to file a response or show cause as required by this Order may result in the Plaintiff's Motion being granted by default without further notice from the Court. During this period, papers shall be served upon the Defendant, Wright Guard Security, Inc., at 1580 Sawgrass Corporate Parkway, Sunrise, Florida 33323.

**DONE AND ORDERED** in Chambers at Miami, Florida this 1st day of August, 2008.

*[signature: Cecilia M. Altonaga]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record