UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61609-CIV-ALTONAGA/BROWN

VENIX JOSEPH, on his own behalf and
others similarly situated,

    Plaintiff,

v.

WRIGHT GUARD SECURITY, INC., a Florida Corporation, and
DONOVAN WHITE, individually,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT    D.E. 27

THIS MATTER is before the Court upon Plaintiff's Motion to Enforce Settlement and Plaintiff having shown good cause and the Court having reviewed the record and being advised on the premises, it is hereby

ORDERED AND ADJUDGED that the Plaintiff's Motion to Enforce Settlement is GRANTED as follows:

(1) Defendants, WRIGHT GUARD SECURITY, INC. and DONOVAN WHITE, are hereby directed to deliver to Plaintiff's Counsel, within five (5) days of the Court's Order on this Motion, (a) the balance of all of the settlement proceeds totaling $20,000.00; and (b) an addition sum of attorneys' fees in the amount of $477.00; and

(2) judgment is hereby entered in favor of the Plaintiff and against Defendants, jointly and severally, WRIGHT GUARD SECURITY, INC. and DONOVAN WHITE, for the total sum of $20,477.00.

DONE AND ORDERED in _Miami Dade_ County, Florida this _11_ day of

1

_August_ 2008.

_Cecilia M. Altonaga_
U.S. DISTRICT COURT JUDGE

Keith M. Stern, Esq.
Barry G. Feingold, Esq.

2